**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | 2:18-bk-15565 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $       0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $       64,529.11 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $       64,529.11 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $       51,317.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $       0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $       179,350.82 |
| | **Your total liabilities** | $       230,667.82 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $       2,825.77 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $       4,876.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                 $ _____ 3,510.48

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 120,386.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 120,386.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | |
|---|---|

**Debtor 1**  Paul Mich Jr Magloire
First Name     Middle Name     Last Name

**Debtor 2**  Aubrey Lynn Arrowwood
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number   **2:18-bk-15565**

☐ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ■ No. Go to Part 2.
    ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ■ Yes

| 3.1 | Make: **BMW** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **X5** | ☐ Debtor 1 only | |
| | Year: **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: **96K** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | - Kelley Blue Book Private Party Value in Good Condition | ■ Check if this is community property (see instructions) | **$25,287.00**    **$25,287.00** |

| 3.2 | Make: **BMW** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **328i** | ☐ Debtor 1 only | |
| | Year: **2014** | ☐ Debtor 2 only | |
| | Approximate mileage: **76K** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | - Kelley Blue Book Private Party Value in Good Condition | ■ Check if this is community property (see instructions) | **$12,567.00**    **$12,567.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.........................................................=>   | **$37,854.00** |

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Miscellaneous Household Goods & Furnishings | $1,000.00 |
|---|---|

**7.  Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Miscellaneous Small Consumer Electronics | $100.00 |
|---|---|

**8.  Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
■ No
☐ Yes.  Describe.....

**10.  Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

**11.  Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Miscellaneous Clothing | $1,000.00 |
|---|---|

**12.  Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Miscellaneous Costume Jewelry | $50.00 |
|---|---|

**13.  Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 1 Dog | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $2,150.00 |
|---|

---

**Part 4: Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes........................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| 17.1. | **Checking Account (#3580)** | Chase Bank | $4.11 |
|---|---|---|---|
| 17.2. | **Checking Account (#9932)** | Navy Federal Credit Union (Zero Balance) | $0.00 |
| 17.3. | **Savings Account (#7653)** | Navy Federal Credit Union (Zero Balance) | $5.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................       Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes. Give specific information about them...................
       Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.
       Type of account:               Institution name:

---

| **Morgan Stanley** | **$0.00** |
|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. .....................                    Institution name or individual:

| **Public Utilities Deposits** | **Electric, Gas, Water** | **$400.00** |
|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **Approximately 99% of Potential 2018 Tax refunds, including refundable tax credits. (The value scheduled here is an estimate based on past years and current circumstances.)** | **Federal and State** | **$24,116.00** |
|---|---|---|

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
|  | **Progressive (Auto Insurance)**<br>**Mercy Care (Health Insurance)** | **N/A** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................................    **$24,525.11**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    **$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$37,854.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$2,150.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$24,525.11** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | +   **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$64,529.11** | Copy personal property total | **$64,529.11** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$64,529.11** |

| Debtor 1 | **Paul Mich Jr Magloire** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number: 2:18-bk-15565
(if known)

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 BMW X5 96K miles - Kelley Blue Book Private Party Value in Good Condition**<br>Line from *Schedule A/B*: **3.1** | $25,287.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(8)** |
| **2014 BMW 328i 76K miles - Kelley Blue Book Private Party Value in Good Condition**<br>Line from *Schedule A/B*: **3.2** | $12,567.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(8)** |
| **Miscellaneous Household Goods & Furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Miscellaneous Small Consumer Electronics**<br>Line from *Schedule A/B*: **7.1** | $100.00 | ☑ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Miscellaneous Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 2:18-bk-15565-BKM    Doc 14    Filed 01/21/19    Entered 01/21/19 08:37:56    Desc
Main Document          Page 9 of 72

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 Dog**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■                  **100%**<br>☐  100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(11)** |
| **Checking Account (#3580): Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $4.11 | ■            **$600.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **Morgan Stanley**<br>Line from *Schedule A/B*: **21.1** | $0.00 | ■                  **100%**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Paul Mich Jr Magloire** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number **2:18-bk-15565**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | **Ally Financial** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $22,243.00 | $12,567.00 | $9,676.00 |

**2014 BMW 328i 76K miles - Kelley Blue Book Private Party Value in Good Condition**

Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

| Date debt was incurred | Opened<br>06/17  Last<br>Active<br>10/05/18 | Last 4 digits of account number | **4319** |
|---|---|---|---|

| 2.2 | **Flagship Credit Acceptance** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $29,074.00 | $25,287.00 | $3,787.00 |

**2015 BMW X5 96K miles - Kelley Blue Book Private Party Value in Good Condition**

Po Box 965
Chadds Ford, PA 19317

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Paul** | **Mich Jr** | **Magloire** | Case number (if known) | **2:18-bk-15565** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Aubrey** | **Lynn** | **Arrowwood** | | |
| | First Name | Middle Name | Last Name | | |

■ **Check if this claim relates to a**
  **community debt**

■ Other (including a right to offset) **Purchase Money Security** _____

| | | | |
|---|---|---|---|
| Date debt was incurred | **Opened 08/17 Last Active 11/18** | Last 4 digits of account number | **1001** |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$51,317.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$51,317.00** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Paul Mich Jr Magloire** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 2:18-bk-15565 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Arizona Department of Revenue** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **c/o Tax, Bankruptcy, and Collections** | When was the debt incurred? | | | |
| **2005 N. Central Ave., Ste. 100** | | | | |
| **Phoenix, AZ 85004** | | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| **Who incurred the debt?** Check one. | | | | |
| ■ Debtor 1 only | ☐ Contingent | | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | | |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | |
| ☐ **Check if this claim is for a  community debt** | ☐ Domestic support obligations | | | |
| **Is the claim subject to offset?** | ■ Taxes and certain other debts you owe the government | | | |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☐ Yes | ☐ Other. Specify _____ | | | |
| | **For Notification Purposes Only** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    39506                              Best Case Bankruptcy

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**For Notification Purposes Only**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

---

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

| 4.1 | **Appalachian State University** | Last 4 digits of account number | **4A4Q** | $1,358.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Computer & Mgmt
287 Rivers Street
Boone, NC 28608**

When was the debt incurred?   **Opened 10/29/13  Last Active
5/03/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Educational**

---

| 4.2 | **Banner Urgent Care Services** | Last 4 digits of account number | **3720** | $138.00 |

Nonpriority Creditor's Name

**PO Box 2916**

**Phoenix, AZ 85062-2916**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Services**

---

| 4.3 | **Capital One** | Last 4 digits of account number | **7689** | $1,102.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?  **Opened 02/15  Last Active 12/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.4 | **Cash Time Title Loans, Inc.** | Last 4 digits of account number | **041P** | $300.00 |

Nonpriority Creditor's Name

**PO Box 23153**

**Phoenix, AZ 85063**

Number Street City State Zip Code

When was the debt incurred?  **08/04/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Registration Loan**

| 4.5 | **CenturyLink** | Last 4 digits of account number _____ | $175.00 |

Nonpriority Creditor's Name

**PO Box 91155**

**Seattle, WA 98111-9255**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Services**

---

| 4.6 | **Checkmate Express Corporation** | Last 4 digits of account number    **1372** | $300.00 |

Nonpriority Creditor's Name

**PO Box 35220**

**Phoenix, AZ 85069**

When was the debt incurred?    **07/10/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Registration Loan**

---

| 4.7 | **Comenity Capital Bank | Ulta** | Last 4 digits of account number    **1208** | $1,318.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 182125**

**Columbus, OH 43218-2125**

When was the debt incurred?    **Opened 08/16  Last Active 12/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Charge Account**

---

| 4.8 | **Comenity Capital Bank \| Victorias Secret** | | | | $798.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 182125**
**Columbus, OH 43218-2125**

Number Street City State Zip Code

Last 4 digits of account number **2737**

When was the debt incurred? **Opened 09/16 Last Active 11/16/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Charge Account**

---

| 4.9 | **Conn's HomePlus** | | | | $5,010.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 2358**
**Beaumont, TX 77704**

Number Street City State Zip Code

Last 4 digits of account number **1630**

When was the debt incurred? **Opened 07/17 Last Active 11/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Installment Sales Contract**

---

| 4.10 | **Cox Communications** | | | | $321.00 |

Nonpriority Creditor's Name

**PO Box 78071**
**Phoenix, AZ 85062**

Number Street City State Zip Code

Last 4 digits of account number **2189**

When was the debt incurred? **Opened 04/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services**

| 4.1 1 | **Credit One Bank** | | Last 4 digits of account number | **8965** | | $540.00 |

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 09/18  Last Active 11/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.1 2 | **Credit One Bank** | | Last 4 digits of account number | **9219** | | $364.00 |

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 06/17  Last Active 12/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.1 3 | **David T. Bonfiglio, P.C.** | | Last 4 digits of account number | **4001** | | $2,902.68 |

**David T. Bonfiglio, P.C.**
Nonpriority Creditor's Name
**4356 North Civic Center Plaza**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

**When was the debt incurred?**  **2017 - 2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Attorney's Fees**

---

| 4.1 4 | **Dept of Ed | Navient** | Last 4 digits of account number | 0326 | $25,492.00 |

Nonpriority Creditor's Name

**Attn: Claims Dept**
**Po Box 9635**
**Wilkes Barr, PA 18773**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **Opened 03/12  Last Active 11/30/18**

**As of the date you file, the claim is:** Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Educational**

---

| 4.1 5 | **Discover Financial** | Last 4 digits of account number | 9534 | $323.00 |

Nonpriority Creditor's Name

**Po Box 3025**
**New Albany, OH 43054**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **Opened 09/17  Last Active 12/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Credit Line Secured**

---

| 4.1 6 | **Easy Pay | Duvera Collections** | Last 4 digits of account number | A375 | $881.00 |

Nonpriority Creditor's Name

**Attention: Bankruptcy**
**Po Box 2549**
**Carlsbad, CA 92018**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **Opened  9/05/17 Last Active 4/13/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Installment Sales Contract**

---

| 4.17 | **FedLoan Servicing** | Last 4 digits of account number | 0015 | | $65,925.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　**Opened 08/16　Last Active 11/30/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify　　　　**Educational**

---

| 4.18 | **First Convenience Bank** | Last 4 digits of account number | | | $200.00 |

Nonpriority Creditor's Name
**Attention: Correspondence**
**PO Box 937**
**Killeen, TX 76540-0937**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　**04/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　　**Overdrawn Account**

---

| 4.19 | **First Premier Bank** | Last 4 digits of account number | 4169 | | $840.00 |

Nonpriority Creditor's Name

**PO Box 2208**
**Vacaville, CA 95696**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**　**Opened 12/12　Last Active 04/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　　**Credit Card**

---

| 4.20 | **First Premier Bank** | Last 4 digits of account number | **4637** | $753.00 |

Nonpriority Creditor's Name

**PO Box 2208**
**Vacaville, CA 95696**

When was the debt incurred?    **Opened 10/18  Last Active 12/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Credit Card**

---

| 4.21 | **First Premier Bank** | Last 4 digits of account number | **7192** | $470.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 5524**
**Sioux Falls, SD 57117**

When was the debt incurred?    **Opened 08/17  Last Active 12/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Credit Card**

---

| 4.22 | **Glen & Talaxe Lawson** | Last 4 digits of account number | | $15,832.34 |

Nonpriority Creditor's Name

**c/o Ryan Rapp & Underwood PLC**
**3200 N. Central Ave., Ste. 2250**
**Phoenix, AZ 85012**

When was the debt incurred?    **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Judgment | Case No. CV2018-007802**

| 4.2 3 | **Jeffery Berlowitz** | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**201 Alhambra Circle, 11th Floor**
**Miami, FL 33134**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

| 4.2 4 | **Jeffrey D. Guerriero** | Last 4 digits of account number | **2017** | | **$11,453.40** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Pro Source Sports and Ent.**
**2200 Forsythe Avenue**
**Monroe, LA 71201**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Services**

---

| 4.2 5 | **Kohls | Capital One** | Last 4 digits of account number | **8310** | | **$1,624.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Kohls Credit**
**Po Box 3120**
**Milwaukee, WI 53201**

When was the debt incurred?  **Opened 08/16  Last Active 11/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Charge Account**

---

| | | | |
|---|---|---|---|
| **4.2 6** | **Linebarger Goggan Blair & Sampson, LLP** | **Last 4 digits of account number** 4151 | **$100.00** |
| | Nonpriority Creditor's Name | | |
| | **18000 Studebaker Road, Ste. 700** **Cerritos, CA 90703** | **When was the debt incurred?** 07/2018 | |
| | Number Street City State Zip Code | | |
| | **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | |

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify **Traffic Fines**

| | | | |
|---|---|---|---|
| **4.2 7** | **Navient** | **Last 4 digits of account number** 4465 | **$8,705.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** **Po Box 9000** **Wiles-Barr, PA 18773** | **When was the debt incurred?** Opened 01/15  Last Active 12/18 | |
| | Number Street City State Zip Code | | |
| | **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | |

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ☐ Other. Specify

**Educational**

| | | | |
|---|---|---|---|
| **4.2 8** | **Northpointe Apartments | Homes** | **Last 4 digits of account number** 2230 | **$1,484.00** |
| | Nonpriority Creditor's Name | | |
| | **Pro Collect, Inc** **12170 N Abrams Road, Suite 100** **Dallas, TX 75243** | **When was the debt incurred?** Opened 03/16  Last Active 01/15 | |
| | Number Street City State Zip Code | | |
| | **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify **Broken Lease**

---

| 4.2 9 | **Progressive Insurance** | Last 4 digits of account number | **0403** | $101.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6300 Wilson Mills Rd.**
**Cleveland, OH 44143**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/22/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Cancelled Policy**

---

| 4.3 0 | **Progressive Leasing** | Last 4 digits of account number | **0419** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**256 West Data Drive**
**Draper, UT 84020**
Number Street City State Zip Code

When was the debt incurred?  **04/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Installment Sales Contract**

---

| 4.3 1 | **Sienna Springs Dental, PLLC** | Last 4 digits of account number | **0186** | $297.40 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1355 South Higley Road, Ste. 120**
**Gilbert, AZ 85296-4789**
Number Street City State Zip Code

When was the debt incurred?  **09/30/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Medical Services**

---

| 4.3 2 | **Sprint Nextel** | Last 4 digits of account number | **1474** | $1,450.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Department**
**PO Box 7949**
**Overland Park, KS 66207-0949**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 05/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services**

---

| 4.3 3 | **Sprint Nextel** | Last 4 digits of account number | **4215** | $679.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Department**
**PO Box 7949**
**Overland Park, KS 66207-0949**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 11/05/14  Last Active 09/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services**

---

| 4.3 4 | **T-Mobile** | Last 4 digits of account number | **3644** | $694.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 53410**
**Bellevue, WA 98015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Opened 05/18  Last Active 01/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services**

---

| 4.3 5 | **Tucson Electric Power** | **Last 4 digits of account number**   **7698** | **$1,540.00** |

Nonpriority Creditor's Name

**PO Box 711**
**Tucson, AZ 85702-0711**

**When was the debt incurred?**   **Opened 07/14 Last Active 05/14**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☒ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Services**

---

| 4.3 6 | **University Of Phoenix** | **Last 4 digits of account number**   **3748** | **$3,827.00** |

Nonpriority Creditor's Name

**1625 W Fountainhead Pkwy**
**Tempe, AZ 85285**

**When was the debt incurred?**   **Opened 11/11 Last Active 02/12**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Unsecured**

---

| 4.3 7 | **US Bank** | **Last 4 digits of account number**   **0648** | **$800.00** |

Nonpriority Creditor's Name

**Bankruptcy Department**
**PO Box 5229**
**Cincinnati, OH 45201**

**When was the debt incurred?**   **12/2017**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Overdrawn Account**

---

| 4.38 | **Verizon Wireless** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**500 Technology Dr., Suite 550**
**Weldon Springs, MO 63304**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

■ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ At least one of the debtors and another                    ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**           ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify   **Services**

---

| 4.39 | **Wells Fargo Bank** | Last 4 digits of account number | 0001 | $18,906.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 6429**
**Greenville, SC 29606**

**When was the debt incurred?**   Opened 11/11  Last Active 11/30/18

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ At least one of the debtors and another                    ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**           ■ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ☐ Other. Specify

**Educational**

---

| 4.40 | **Wells Fargo Bank** | Last 4 digits of account number | 4959 | $1,947.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 6429**
**Greenville, SC 29606**

**When was the debt incurred?**   Opened 12/10  Last Active 9/23/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ At least one of the debtors and another                    ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**           ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify   **Credit Card**

---

| 4.4 1 | **Wells Fargo Bank** | Last 4 digits of account number | **3199** | **$400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 6995**
**Portland, OR 97228-6995**                When was the debt incurred?    **12/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:

                                                     ☐ Student loans
■ **Check if this claim is for a  community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
Is the claim subject to offset?

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Overdrawn Account**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**AFNI, Inc.**
**1310 Martin Luther King Dr.**
**PO Box 3517**
**Bloomington, IL 61702-3517**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Caine & Weiner**
**Attn: Bankruptcy**
**PO Box 5010**
**Woodland Hills, CA 91365**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Central Credit Services, LLC**
**9550 Regency Square Blvd., Ste.**
**500A**
**Jacksonville, FL 32225**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Credit Protection Association**
**Attn: Bankruptcy**
**PO Box 302068**
**Dallas, TX 75380**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Diversified Consultants, Inc.**
**PO Box 551268**
**Jacksonville, FL 32255-1268**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Enhanced Recovery Company, LLC**
**8014 Bayberry Rd.**
**Jacksonville, FL 32256-7412**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**ProSource Sports Management,**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

| Debtor 1 | Paul Mich Jr Magloire | | |
|---|---|---|---|
| Debtor 2 | Aubrey Lynn Arrowwood | Case number (if known) | 2:18-bk-15565 |

**LLC**
**1011 North 9 St.**
**Monroe, LA 71201**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RevSolve, Inc.** **1395 N. Hayden Road** **Scottsdale, AZ 85257** | Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Southwest Credit Systems** **4120 International Parkway, Ste. 1100** **Carrollton, TX 75007** | Line **4.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Superior Court - Clerk of the Court** **RE Case#: CV2018-007802** **201 W. Jefferson** **Phoenix, AZ 85003** | Line **4.22** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 120,386.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 58,964.82 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 179,350.82 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:18-bk-15565** |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Conn's HomePlus**<br>**Attn: Bankruptcy**<br>**Po Box 2358**<br>**Beaumont, TX 77704** | **Installment Sales Contract** |
| 2.2 **Cox Communications**<br>**PO Box 78071**<br>**Phoenix, AZ 85062** | **Cable / Internet / Phone Service Contract** |
| 2.3 **Donavan & Shirley Lennon**<br>**PO Box 11234**<br>**Chandler, AZ 85248** | **Residential Lease Agreement** |
| 2.4 **Easy Pay | Duvera Collections**<br>**Attention: Bankruptcy**<br>**Po Box 2549**<br>**Carlsbad, CA 92018** | **Installment Sales Contract** |
| 2.5 **Progressive Leasing**<br>**256 West Data Drive**<br>**Draper, UT 84020** | **Installment Sales Contract** |
| 2.6 **Verizon Wireless**<br>**500 Technology Dr., Suite 550**<br>**Weldon Springs, MO 63304** | **Cell Phone Service Contract** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | **2:18-bk-15565** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live? **Arizona** . Fill in the name and current address of that person.
    **N/A - Spouses Filing Jointly**

    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number   Street<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number   Street<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Case 2:18-bk-15565-BKM    Doc 14    Filed 01/21/19    Entered 01/21/19 08:37:56    Desc
Main Document     Page 31 of 72

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** |
| Debtor 2 (Spouse, if filing) | **Aubrey Lynn Arrowwood** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | **2:18-bk-15565** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Liquor Manager** | **Starbucks Barista** |
| | Employer's name | **Safeway** | **Safeway** |
| | Employer's address | **20427 North 27th Ave.<br>Phoenix, AZ 85027** | **20427 North 27th Ave.<br>Phoenix, AZ 85027** |
| | How long employed there? | **5 months** | **8 months** |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,927.55** | $ **1,110.24** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **190.67** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **1,927.55** | $ **1,300.91** |

| | Debtor 1 | **Paul Mich Jr Magloire** | | | | |
|---|---|---|---|---|---|---|
| | Debtor 2 | **Aubrey Lynn Arrowwood** | | Case number (*if known*) | **2:18-bk-15565** | |

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | **Copy line 4 here** .................................................................... | 4. | $ | **1,927.55** | $ **1,300.91** |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | **244.57** | $ **158.12** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ | **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ | **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ | **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ | **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ | **0.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | **244.57** | $ **158.12** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | **1,682.98** | $ **1,142.79** |

8. **List all other income regularly received:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ | **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ | **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ | **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ | **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ | **0.00** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | **0.00** | $ **0.00** |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **1,682.98** + $ **1,142.79** = $ **2,825.77** |
|---|---|---|---|

| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ **0.00** |
|---|---|---|---|

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ **2,825.77** **Combined monthly income** |
|---|---|---|---|

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __Paul Mich Jr Magloire__

Debtor 2 __Aubrey Lynn Arrowwood__
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number __2:18-bk-15565__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **2** | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4. $ __847.00__

   If not included in line 4:

   4a. Real estate taxes  4a. $ __0.00__
   4b. Property, homeowner's, or renter's insurance  4b. $ __0.00__
   4c. Home maintenance, repair, and upkeep expenses  4c. $ __0.00__
   4d. Homeowner's association or condominium dues  4d. $ __0.00__
5. Additional mortgage payments for your residence, such as home equity loans  5. $ __0.00__

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 150.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 85.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. Other. Specify: **Internet/ Cable** | 6d. | $ | 130.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 550.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 250.00 |
| 10. | **Personal care products and services** | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 205.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 230.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 675.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 559.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Miscellaneous Expenses** | 21. | +$ | 170.00 |
| | **Storage Unit** | | +$ | 75.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 4,876.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 4,876.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 2,825.77 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 4,876.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -2,050.23 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. | Explain here: |

**Fill in this information to identify your case:**

| Debtor 1 | **Paul Mich Jr Magloire** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | **2:18-bk-15565** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Paul Mich Jr Magloire**  
**Paul Mich Jr Magloire**  
Signature of Debtor 1

Date **January  2, 2019**

X **/s/ Aubrey Lynn Arrowwood**  
**Aubrey Lynn Arrowwood**  
Signature of Debtor 2

Date **January  2, 2019**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | **2:18-bk-15565** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **397 East Daniella Drive**<br>**San Tan Valley, AZ 85140** | From-To:<br>**01/2010 - 06/2017** | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $10,505.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $10,414.83 |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $106,201.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $4,138.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
■ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Case 2:18-bk-15565-BKM    Doc 14    Filed 01/21/19    Entered 01/21/19 08:37:56    Desc
Main Document    Page 38 of 72

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Flagship Credit Acceptance**<br>**Po Box 965**<br>**Chadds Ford, PA 19317** | **3 Regular Monthly Payments** | **$1,950.00** | **$29,074.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Glen & Talaxe Lawson vs. Paul Magloire & Aubrey Magloire Arrowood**<br>**CV2018-007802** | **Civil** | **Maricopa County Superior Court**<br>**201 W. Jefferson St.**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Glen & Talaxe Lawson**<br>**c/o Ryan Rapp & Underwood PLC**<br>**3200 N. Central Ave., Ste. 2250**<br>**Phoenix, AZ 85012** | **Debtor's Wages**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **-** | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Glen & Talaxe Lawson**<br>**c/o Ryan Rapp & Underwood PLC**<br>**3200 N. Central Ave., Ste. 2250**<br>**Phoenix, AZ 85012** | **Debtor's Bank Account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | 03/2018 | $3,300.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MoneySharp Credit Counseling Inc.<br>1916 North Fairfield Avenue, Ste. 200<br>Chicago, IL 60647<br>www.MoneySharp.org | Credit Counseling Course | 11/20/2018 | $10.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case 2:18-bk-15565-BKM    Doc 14    Filed 01/21/19    Entered 01/21/19 08:37:56    Desc
Main Document        Page 41 of 72

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Convenience Bank**<br>**Attention: Correspondence**<br>**PO Box 937**<br>**Killeen, TX 76540-0937** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Cubesmart** | **N/A - Closed** | **Household Goods** | ■ No<br>☐ Yes |
| **Life Storage** | **N/A - Closed** | **Household Goods** | ■ No<br>☐ Yes |

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No

☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| **Part 12:** | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ Paul Mich Jr Magloire** | **/s/ Aubrey Lynn Arrowwood** |
| --- | --- |
| **Paul Mich Jr Magloire** | **Aubrey Lynn Arrowwood** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **January 2, 2019** | Date    **January 2, 2019** |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul Mich Jr Magloire** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aubrey Lynn Arrowwood** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | **2:18-bk-15565** | | |

☐ Check if this is an
  amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Ally Financial**<br><br>Description of property securing debt:  **2014 BMW 328i 76K miles - Kelley Blue Book Private Party Value in Good Condition** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name:  **Flagship Credit Acceptance**<br><br>Description of property securing debt:  **2015 BMW X5 96K miles - Kelley Blue Book Private Party Value in Good Condition** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|
| Lessor's name: | **Conn's HomePlus** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Installment Sales Contract** | |
| Lessor's name: | **Cox Communications** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Cable / Internet / Phone Service Contract** | |
| Lessor's name: | **Donavan & Shirley Lennon** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Residential Lease Agreement** | |
| Lessor's name: | **Progressive Leasing** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Installment Sales Contract** | |
| Lessor's name: | **Verizon Wireless** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Cell Phone Service Contract** | |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Paul Mich Jr Magloire**                                   X **/s/ Aubrey Lynn Arrowwood**
**Paul Mich Jr Magloire**                                            **Aubrey Lynn Arrowwood**
Signature of Debtor 1                                                 Signature of Debtor 2

Date    **January  2, 2019**                                       Date    **January  2, 2019**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>**Paul Mich Jr Magloire**</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>**Aubrey Lynn Arrowwood**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Arizona</td></tr>
<tr><td>Case number<br>(if known)</td><td>**2:18-bk-15565**</td></tr>
</table>

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:          Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **742.41** | $ **2,768.07** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ **0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ **0.00** |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | | | |
| Ordinary and necessary operating expenses | -$ **0.00** | | | |
| Net monthly income from a business, profession, or farm $ | **0.00** | Copy here -> $ | **0.00** | $ **0.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | | | |
| Ordinary and necessary operating expenses | -$ **0.00** | | | |
| Net monthly income from rental or other real property $ | **0.00** | Copy here -> $ | **0.00** | $ **0.00** |

| 7. | **Interest, dividends, and royalties** | | $ **0.00** | $ **0.00** |
|---|---|---|---|---|

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you      $     0.00

For your spouse    $     0.00

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| . | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 742.41 + | $ 2,768.07 = $ 3,510.48 |

**Total current monthly income**

---

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .............................. Copy line 11 here=>    $ 3,510.48

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ 42,125.76

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **AZ**

Fill in the number of people in your household.    **3**

Fill in the median family income for your state and size of household.    13. $ 69,284.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Paul Mich Jr Magloire**      X **/s/ Aubrey Lynn Arrowwood**
    **Paul Mich Jr Magloire**                   **Aubrey Lynn Arrowwood**
    Signature of Debtor 1                    Signature of Debtor 2

Date **January 2, 2019**          Date **January 2, 2019**
      MM / DD / YYYY                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period **06/01/2018** to **11/30/2018**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**

Source of Income: **Enterprise Leasing Co.**

Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **06/2018** | **$3,000.00** |
| 5 Months Ago: | **07/2018** | **$1,454.45** |
| 4 Months Ago: | **08/2018** | **$0.00** |
| 3 Months Ago: | **09/2018** | **$0.00** |
| 2 Months Ago: | **10/2018** | **$0.00** |
| Last Month: | **11/2018** | **$0.00** |
| | Average per month: | **$742.41** |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **06/01/2018** to **11/30/2018**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Safeway**
Year-to-Date Income:
Starting Year-to-Date Income:  **$2,126.83**  from check dated   **5/31/2018**   .
Ending Year-to-Date Income:  **$9,581.81**  from check dated   **11/29/2018**   .
Income for six-month period (Ending-Starting):  **$7,454.98**  .
Average Monthly Income:  **$1,242.50**  .

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Safeway**
Year-to-Date Income:
Starting Year-to-Date Income:  **$0.00**  from check dated   **5/31/2018**   .
Ending Year-to-Date Income:  **$9,153.41**  from check dated   **11/30/2018**   .
Income for six-month period (Ending-Starting):  **$9,153.41**  .
Average Monthly Income:  **$1,525.57**  .

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)                                                                                       page **1**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                                 Best Case Bankruptcy

Case 2:18-bk-15565-BKM    Doc 14    Filed 01/21/19    Entered 01/21/19 08:37:56    Desc
Main Document    Page 51 of 72

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Paul Mich Jr Magloire**
**Aubrey Lynn Arrowwood**      Case No.   **2:18-bk-15565**

Debtor(s)      Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,561.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 2,561.00 |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 2, 2019**          **/s/ K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet**
*Date*                          **K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet 25899 /**
                                *Signature of Attorney*
                                **Neeley Law Firm, PLC**
                                **2250 E. Germann Rd., Suite 11**
                                **Chandler, AZ 85286**
                                **480.802.4647 Fax: 480.907.1648**
                                **ECF@neeleylaw.com**
                                *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re  **Paul Mich Jr Magloire**
**Aubrey Lynn Arrowwood**

Debtor(s)

Case No.  **2:18-bk-15565**

Chapter  **7**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

We, **Paul Mich Jr Magloire and Aubrey Lynn Arrowwood** , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __5__ page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **January  2, 2019**

**/s/ Paul Mich Jr Magloire**
**Paul Mich Jr Magloire**
Signature of Debtor

Date:  **January  2, 2019**

**/s/ Aubrey Lynn Arrowwood**
**Aubrey Lynn Arrowwood**
Signature of Debtor

Date:  **January  2, 2019**

**/s/ K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet**
Signature of Attorney
**K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet 25899 /**
**Neeley Law Firm, PLC**
**2250 E. Germann Rd., Suite 11**
**Chandler, AZ 85286**
**480.802.4647  Fax: 480.907.1648**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re  **Paul Mich Jr Magloire**
　　　**Aubrey Lynn Arrowwood**
　　　　　　　　　　　　　　　　　Debtor(s)

Case No.　**2:18-bk-15565**
Chapter　**7**

## Declaration of Evidence of Employers' Payments Within 60 Days

■　Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐　Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐　Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,　**Paul Mich Jr Magloire**　, declares the foregoing to be true and correct under penalty of perjury.

■　Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐　Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐　Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,　**Aubrey Lynn Arrowwood**　, declares the foregoing to be true and correct under penalty of perjury.

Date　**January 2, 2019**

Signature　**/s/ Paul Mich Jr Magloire**
　　　　　　**Paul Mich Jr Magloire**
　　　　　　Debtor

Date　**January 2, 2019**

Signature　**/s/ Aubrey Lynn Arrowwood**
　　　　　　**Aubrey Lynn Arrowwood**
　　　　　　Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Pay Group: | 017 |
| Pay Begin Date: | 12/16/2018 |
| Pay End Date: | 12/22/2018 |

| Advice #: | 171-7625427 |
| Advice Date: | 12/27/2018 |

| | |
|---|---|
| **Paul Magloire** | |
| 397 E Daniella Dr | |
| San Tan Valley, AZ 85140 | |
| XXX-XX-9331 | |

| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 17.350 | 24.37 | 422.83 | 535.32 | 8,074.05 |
| Sunday Regular Hours | 17.351 | 5.53 | 95.95 | 112.39 | 1,716.18 |
| Holiday Worked | | 0.00 | 0.00 | 1.43 | 24.81 |
| Overtime 1.5 | | | 0.00 | 1.42 | 28.94 |
| **Total Hours Worked** | | **29.90** | | **650.56** | |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Holiday Worked Premium | | | 0.00 | 1.43 | 1.43 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| Holiday | | | 0.00 | 6.00 | 104.10 |
| **TOTAL:** | | | **518.78** | | **10,505.00** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 21.69 | 457.55 |
| Fed MED/EE | 7.52 | 152.32 |
| Fed OASDI/EE | 32.16 | 651.31 |
| AZ Withholdng | 14.01 | 283.63 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| **TOTAL** | **75.38** | **1,544.81** |

## BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Garnishment | 110.85 | 506.91 |
| Garnishment Fees | 10.00 | 10.00 |
| **TOTAL** | **120.85** | **516.91** |

## EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 518.78 | 518.78 | 75.38 | 120.85 | 322.55 |
| YTD | 10,505.00 | 10,505.00 | 1,544.81 | 516.91 | 8,443.28 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.21 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| **Payment Type** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|
| Advice #7625427 | Checking | XXXXX3580 | 322.55 |
| **TOTAL:** | | | **322.55** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 12/02/2018 |
| Pay End Date: | 12/08/2018 |

| | |
|---|---|
| Advice #: | 171-7608995 |
| Advice Date: | 12/13/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-9331

| | |
|---|---|
| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 17.350 | 22.23 | 385.70 | 510.95 | 7,651.22 | Fed Withholdng | 20.04 | 435.86 |
| Sunday Regular Hours | 17.350 | 6.72 | 116.59 | 106.86 | 1,620.23 | Fed MED/EE | 7.28 | 144.80 |
| Holiday Worked | | | 0.00 | 1.43 | 24.81 | Fed OASDI/EE | 31.15 | 619.15 |
| Overtime 1.5 | | | 0.00 | 1.42 | 28.94 | AZ Withholdng | 13.56 | 269.62 |
| **Total Hours Worked** | | **28.95** | | **620.66** | | AZ Tax Percent 02.70 | 0.00 | 0.00 |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 | | | |
| Holiday Worked Premium | | | 0.00 | 1.43 | 1.43 | | | |
| Retro Adjustment | | | 0.00 | | 552.33 | | | |
| Holiday | | | 0.00 | 6.00 | 104.10 | | | |
| **TOTAL:** | | | **502.29** | | **9,986.22** | **TOTAL** | **72.03** | **1,469.43** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Garnishment | 107.56 | 396.06 | | | |
| **TOTAL** | **0.00** | **0.00** | **TOTAL** | **107.56** | **396.06** | ***TAXABLE** | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 502.29 | 502.29 | 72.03 | 107.56 | 322.70 |
| YTD | 9,986.22 | 9,986.22 | 1,469.43 | 396.06 | 8,120.73 |

| LEAVE BALANCES | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.02 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7608995 | Checking | XXXXX3580 | 322.70 |
| **TOTAL:** | | | **322.70** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/25/2018 |
| Pay End Date: | 12/01/2018 |

| | |
|---|---|
| Advice #: | 171-7600812 |
| Advice Date: | 12/06/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-9331

| | |
|---|---|
| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 17.350 | 13.40 | 232.49 | 488.72 | 7,265.52 |
| Sunday Regular Hours | 17.350 | 5.65 | 98.03 | 100.14 | 1,503.64 |
| Holiday Worked | | 0.00 | 1.43 | 24.81 | |
| Overtime 1.5 | | 0.00 | 1.42 | 28.94 | |
| **Total Hours Worked** | | **19.05** | | **591.71** | |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Holiday Worked Premium | | | 0.00 | 1.43 | 1.43 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| Holiday | | | 0.00 | 6.00 | 104.10 |
| | | | | | |
| **TOTAL:** | | | **330.52** | | **9,483.93** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 2.86 | 415.82 |
| Fed MED/EE | 4.80 | 137.52 |
| Fed OASDI/EE | 20.49 | 588.00 |
| AZ Withholding | 8.92 | 256.06 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| | | |
| **TOTAL** | **37.07** | **1,397.40** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishment | 73.36 | 288.50 |
| **TOTAL** | **73.36** | **288.50** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 330.52 | 330.52 | 37.07 | 73.36 | 220.09 |
| YTD | 9,483.93 | 9,483.93 | 1,397.40 | 288.50 | 7,798.03 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 1.92 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7600812 | Checking | XXXXX3580 | 220.09 |
| **TOTAL:** | | | **220.09** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
| Pay Begin Date: | 11/18/2018 |
| Pay End Date: | 11/24/2018 |

| Advice #: | 171-7592630 |
| Advice Date: | 11/29/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-9331

| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.349 | 17.37 | 301.36 | 475.32 | 7,033.03 |
| Sunday Regular Hours | 17.351 | 7.90 | 137.07 | 94.49 | 1,405.61 |
| Holiday Worked | 17.350 | 1.43 | 24.81 | 1.43 | 24.81 |
| Overtime 1.5 | | 0.00 | 1.42 | 28.94 |
| **Total Hours Worked** | | **26.70** | | **572.66** | |
| Holiday Worked Premium | 1.000 | 1.43 | 1.43 | 1.43 | 1.43 |
| Holiday | 17.350 | 6.00 | 104.10 | 6.00 | 104.10 |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| **TOTAL:** | | | **568.77** | | **9,153.41** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 26.68 | 412.96 |
| Fed MED/EE | 8.24 | 132.72 |
| Fed OASDI/EE | 35.26 | 567.51 |
| AZ Withholdng | 15.36 | 247.14 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| **TOTAL** | **85.54** | **1,360.33** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishment | 120.81 | 215.14 |
| **TOTAL** | **120.81** | **215.14** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 568.77 | 568.77 | 85.54 | 120.81 | 362.42 |
| YTD | 9,153.41 | 9,153.41 | 1,360.33 | 215.14 | 7,577.94 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 1.83 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7592630 | Checking | XXXXX3580 | 362.42 |
| **TOTAL:** | | | **362.42** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/11/2018 |
| Pay End Date: | 11/17/2018 |

| | |
|---|---|
| Advice #: | 171-7584465 |
| Advice Date: | 11/21/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-9331

| | |
|---|---|
| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 17.350 | 21.32 | 369.90 | 457.95 | 6,731.67 |
| Sunday Regular Hours | 17.350 | 3.80 | 65.93 | 86.59 | 1,268.54 |
| Overtime 1.5 | | 0.00 | | 1.42 | 28.94 |
| **Total Hours Worked** | | **25.12** | | **545.96** | |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| | | | | | |
| **TOTAL:** | | | **435.83** | | **8,584.64** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 13.39 | 386.28 |
| Fed MED/EE | 6.32 | 124.48 |
| Fed OASDI/EE | 27.02 | 532.25 |
| AZ Withholdng | 11.77 | 231.78 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| | | |
| **TOTAL** | **58.50** | **1,274.79** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishment | 94.33 | 94.33 |
| | | |
| **TOTAL** | **94.33** | **94.33** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |
| ***TAXABLE** | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 435.83 | 435.83 | 58.50 | 94.33 | 283.00 |
| YTD | 8,584.64 | 8,584.64 | 1,274.79 | 94.33 | 7,215.52 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 1.73 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7584465 | Checking | XXXXX3580 | 283.00 |
| | | | |
| **TOTAL:** | | | **283.00** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/04/2018 |
| Pay End Date: | 11/10/2018 |

| | |
|---|---|
| Advice #: | 171-7576302 |
| Advice Date: | 11/15/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-9331

| | |
|---|---|
| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 17.350 | 23.45 | 406.86 | 436.63 | 6,361.77 |
| Sunday Regular Hours | 17.350 | 6.00 | 104.10 | 82.79 | 1,202.61 |
| Overtime 1.5 | | 0.00 | | 1.42 | 28.94 |
| **Total Hours Worked** | | **29.45** | | **520.84** | |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| **TOTAL:** | | | **510.96** | | **8,148.81** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 20.90 | 372.89 |
| Fed MED/EE | 7.41 | 118.16 |
| Fed OASDI/EE | 31.68 | 505.23 |
| AZ Withholdng | 13.80 | 220.01 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| **TOTAL** | **73.79** | **1,216.29** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 510.96 | 510.96 | 73.79 | 0.00 | 437.17 |
| YTD | 8,148.81 | 8,148.81 | 1,216.29 | 0.00 | 6,932.52 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 1.63 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7576302 | Checking | XXXXX3580 | 437.17 |
| **TOTAL:** | | | **437.17** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
| Pay Begin Date: | 10/28/2018 |
| Pay End Date: | 11/03/2018 |

| Advice #: | 171-7568187 |
| Advice Date: | 11/08/2018 |

**Paul Magloire**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-9331

| Employee ID: | 6005931 |
| Department: | 1549A303 |
| Location: | 1549A |
| Job Title: | Liquor Manager |
| Pay Rate: | $17.350 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.350 | 24.15 | 419.00 | 413.18 | 5,954.91 |
| Sunday Regular Hours | 17.349 | 3.12 | 54.13 | 76.79 | 1,098.51 |
| Overtime 1.5 | | 0.00 | 1.42 | 28.94 |
| **Total Hours Worked** | | **27.27** | | **491.39** | |
| First Shift Premium | | | 0.00 | 12.61 | 3.16 |
| Retro Adjustment | | | 0.00 | | 552.33 |
| **TOTAL:** | | | **473.13** | | **7,637.85** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 17.12 | 351.99 |
| Fed MED/EE | 6.86 | 110.75 |
| Fed OASDI/EE | 29.34 | 473.55 |
| AZ Withholdng | 12.77 | 206.21 |
| AZ Tax Percent 02.70 | 0.00 | 0.00 |
| **TOTAL** | **66.09** | **1,142.50** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 473.13 | 473.13 | 66.09 | 0.00 | 407.04 |
| YTD | 7,637.85 | 7,637.85 | 1,142.50 | 0.00 | 6,495.35 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 1.54 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7568187 | Checking | XXXXX3580 | 407.04 |
| **TOTAL:** | | | **407.04** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
|---|---|
| Pay Begin Date: | 12/16/2018 |
| Pay End Date: | 12/22/2018 |

| Advice #: | 171-7625130 |
|---|---|
| Advice Date: | 12/27/2018 |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-0760

| Employee ID: | 9593387 |
|---|---|
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 14.150 | 19.50 | 275.93 | 712.20 | 9,902.33 |
| Sunday Regular Hours | | 0.00 | 0.00 | 32.25 | 450.62 |
| Overtime 1.5 | | 0.00 | 0.00 | 0.25 | 5.19 |
| **Total Hours Worked** | | **19.50** | | **744.70** | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| Holiday | | | 0.00 | 4.00 | 56.60 |

**TOTAL:**     275.93     10,414.83

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 12.50 | 539.47 |
| Fed MED/EE | 4.01 | 151.02 |
| Fed OASDI/EE | 17.11 | 645.72 |
| AZ Withholdng | 2.21 | 83.35 |
| AZ Tax Percent 00.80 | 0.00 | 0.00 |

**TOTAL**     35.83     1,419.56

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 275.93 | 275.93 | 35.83 | 0.00 | 240.10 |
| YTD | 10,414.83 | 10,414.83 | 1,419.56 | 0.00 | 8,995.27 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 3.37 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7625130 | Checking | XXXXX3580 | 240.10 |
| **TOTAL:** | | | **240.10** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
|---|---|
| Pay Begin Date: | 12/02/2018 |
| Pay End Date: | 12/08/2018 |

| Advice #: | 171-7608690 |
|---|---|
| Advice Date: | 12/13/2018 |

| | | |
|---|---|---|
| **TAX DATA:** | **Federal** | **AZ State** |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-0760

| Employee ID: | 9593387 |
|---|---|
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular | 14.150 | 14.12 | 199.80 | 692.70 | 9,626.40 | Fed Withholding | | 13.37 | 526.97 |
| Sunday Regular Hours | 14.150 | 6.00 | 84.90 | 32.25 | 450.62 | Fed MED/EE | | 4.12 | 147.01 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.19 | Fed OASDI/EE | | 17.65 | 628.61 |
| **Total Hours Worked** | | **20.12** | | **725.20** | | AZ Withholding | | 2.28 | 81.14 |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 | AZ Tax Percent 00.80 | | 0.00 | 0.00 |
| Holiday | | | 0.00 | 4.00 | 56.60 | | | | |
| **TOTAL:** | | | **284.70** | | **10,138.90** | **TOTAL** | | **37.42** | **1,383.73** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | | | | | | |
| **TOTAL** | **0.00** | **0.00** | **TOTAL** | **0.00** | **0.00** | ***TAXABLE** | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|
| Current | 284.70 | 284.70 | 37.42 | | 0.00 | 247.28 |
| YTD | 10,138.90 | 10,138.90 | 1,383.73 | | 0.00 | 8,755.17 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Float Holiday | 0.00 | Days | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| SICK | 0.00 | Hours | Advice #7608690 | Checking | XXXXX3580 | 247.28 |
| Vac - Prorata | 3.17 | Days | | | | |
| Vac - Current | 0.00 | Days | **TOTAL:** | | | **247.28** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
| Pay Begin Date: | 11/25/2018 |
| Pay End Date: | 12/01/2018 |

| Advice #: | 171-7600509 |
| Advice Date: | 12/06/2018 |

| | |
|---|---|

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ 85140
XXX-XX-0760

| Employee ID: | 9593387 |
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.150 | 19.25 | 272.39 | 678.58 | 9,426.60 |
| Sunday Regular Hours | | | 0.00 | 26.25 | 365.72 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.19 |
| **Total Hours Worked** | | **19.25** | | 705.08 | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| Holiday | | | 0.00 | 4.00 | 56.60 |
| **TOTAL:** | | | **272.39** | | **9,854.20** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 12.14 | 513.60 |
| Fed MED/EE | 3.95 | 142.89 |
| Fed OASDI/EE | 16.89 | 610.96 |
| AZ Withholdng | 2.18 | 78.86 |
| AZ Tax Percent 00.80 | 0.00 | 0.00 |
| **TOTAL** | **35.16** | **1,346.31** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 272.39 | 272.39 | 35.16 | 0.00 | 237.23 |
| YTD | 9,854.20 | 9,854.20 | 1,346.31 | 0.00 | 8,507.89 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 3.08 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7600509 | Checking | XXXXX3580 | 237.23 |
| **TOTAL:** | | | **237.23** |

Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/18/2018 |
| Pay End Date: | 11/24/2018 |

| | |
|---|---|
| Advice #: | 171-7592325 |
| Advice Date: | 11/29/2018 |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-0760

| | |
|---|---|
| Employee ID: | 9593387 |
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.150 | 13.62 | 192.72 | 659.33 | 9,154.21 |
| Sunday Regular Hours | 14.151 | 7.17 | 101.46 | 26.25 | 365.72 |
| Overtime 1.5 | | 0.00 | | 0.25 | 5.19 |
| **Total Hours Worked** | | **20.79** | | **685.83** | |
| Holiday | 14.150 | 4.00 | 56.60 | 4.00 | 56.60 |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| **TOTAL:** | | | **350.78** | | **9,581.81** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 20.31 | 501.46 |
| Fed MED/EE | 5.09 | 138.94 |
| Fed OASDI/EE | 21.75 | 594.07 |
| AZ Withholdng | 2.81 | 76.68 |
| AZ Tax Percent  00.80 | 0.00 | 0.00 |
| **TOTAL** | **49.96** | **1,311.15** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 350.78 | 350.78 | 49.96 | 0.00 | 300.82 |
| YTD | 9,581.81 | 9,581.81 | 1,311.15 | 0.00 | 8,270.66 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.98 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7592325 | Checking | XXXXX3580 | 300.82 |
| **TOTAL:** | | | **300.82** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

Safeway Inc.
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/11/2018 |
| Pay End Date: | 11/17/2018 |

| | |
|---|---|
| Advice #: | 171-7584163 |
| Advice Date: | 11/21/2018 |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-0760

| | |
|---|---|
| Employee ID: | 9593387 |
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| TAX DATA: | **Federal** | **AZ State** |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.150 | 20.15 | 285.12 | 645.71 | 8,961.49 |
| Sunday Regular Hours | | 0.00 | | 19.08 | 264.26 |
| Overtime 1.5 | | 0.00 | | 0.25 | 5.19 |
| **Total Hours Worked** | | **20.15** | | **665.04** | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| **TOTAL:** | | | **285.12** | | **9,231.03** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 13.42 | 481.15 |
| Fed MED/EE | 4.13 | 133.85 |
| Fed OASDI/EE | 17.67 | 572.32 |
| AZ Withholding | 2.28 | 73.87 |
| AZ Tax Percent  00.80 | 0.00 | 0.00 |
| **TOTAL** | **37.50** | **1,261.19** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 285.12 | 285.12 | 37.50 | 0.00 | 247.62 |
| YTD | 9,231.03 | 9,231.03 | 1,261.19 | 0.00 | 7,969.84 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.88 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7584163 | Checking | XXXXX3580 | 247.62 |
| **TOTAL:** | | | **247.62** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 017 |
| Pay Begin Date: | 11/04/2018 |
| Pay End Date: | 11/10/2018 |

| | |
|---|---|
| Advice #: | 171-7576006 |
| Advice Date: | 11/15/2018 |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-0760

| | |
|---|---|
| Employee ID: | 9593387 |
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $14.150 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.150 | 21.05 | 297.86 | 625.56 | 8,676.37 |
| Sunday Regular Hours | | 0.00 | | 19.08 | 264.26 |
| Overtime 1.5 | | 0.00 | | 0.25 | 5.19 |
| **Total Hours Worked** | | **21.05** | | **644.89** | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| **TOTAL:** | | | **297.86** | | **8,945.91** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 14.69 | 467.73 |
| Fed MED/EE | 4.32 | 129.72 |
| Fed OASDI/EE | 18.47 | 554.65 |
| AZ Withholding | 2.38 | 71.59 |
| AZ Tax Percent  00.80 | 0.00 | 0.00 |
| **TOTAL** | **39.86** | **1,223.69** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 297.86 | 297.86 | 39.86 | 0.00 | 258.00 |
| YTD | 8,945.91 | 8,945.91 | 1,223.69 | 0.00 | 7,722.22 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.79 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7576006 | Checking | XXXXX3580 | 258.00 |
| **TOTAL:** | | | **258.00** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 017 |
| Pay Begin Date: | 10/28/2018 |
| Pay End Date: | 11/03/2018 |

| Advice #: | 171-7567884 |
| Advice Date: | 11/08/2018 |

| | |
|---|---|
| **Aubrey Lynn Arrowood** | Employee ID: 9593387 |
| 397 E Daniella Dr | Department: 1491A328 |
| San Tan Valley, AZ  85140 | Location: 1491A |
| XXX-XX-0760 | Job Title: General Clerk - Retail |
| | Pay Rate: $14.150 Hourly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | ------------------ Current ------------------ | | ---------- YTD ------------- | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 14.150 | 20.02 | 283.29 | 604.51 | 8,378.51 |
| Sunday Regular Hours | | 0.00 | 19.08 | 264.26 | |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.19 |
| **Total Hours Worked** | | **20.02** | | **623.84** | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| **TOTAL:** | | | **283.29** | | **8,648.05** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 13.23 | 453.04 |
| Fed MED/EE | 4.11 | 125.40 |
| Fed OASDI/EE | 17.56 | 536.18 |
| AZ Withholding | 2.27 | 69.21 |
| AZ Tax Percent  00.80 | 0.00 | 0.00 |
| **TOTAL** | **37.17** | **1,183.83** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 283.29 | 283.29 | 37.17 | 0.00 | 246.12 |
| YTD | 8,648.05 | 8,648.05 | 1,183.83 | 0.00 | 7,464.22 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.69 | Days |
| Vac - Current | 0.00 | Days |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7567884 | Checking | XXXXX3580 | 246.12 |
| **TOTAL:** | | | **246.12** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**

**Safeway Inc.**
**Employee Service Center (ESC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | | |
|---|---|---|
| Pay Group: | 017 | |
| Pay Begin Date: | 10/21/2018 | |
| Pay End Date: | 10/27/2018 | |

| | |
|---|---|
| Advice #: | 171-7559829 |
| Advice Date: | 11/01/2018 |

**Aubrey Lynn Arrowood**
397 E Daniella Dr
San Tan Valley, AZ  85140
XXX-XX-0760

| | |
|---|---|
| Employee ID: | 9593387 |
| Department: | 1491A328 |
| Location: | 1491A |
| Job Title: | General Clerk - Retail |
| Pay Rate: | $13.850 Hourly |

**TAX DATA:**

| | Federal | AZ State |
|---|---|---|
| Tax Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 13.850 | 20.83 | 288.49 | 584.49 | 8,095.22 |
| Sunday Regular Hours | | 0.00 | 19.08 | 264.26 | |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.19 |
| **Total Hours Worked** | | **20.83** | | **603.82** | |
| First Shift Premium | | | 0.00 | 0.35 | 0.09 |
| **TOTAL:** | | | **288.49** | | **8,364.76** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 13.75 | 439.81 |
| Fed MED/EE | 4.18 | 121.29 |
| Fed OASDI/EE | 17.89 | 518.62 |
| AZ Withholding | 2.31 | 66.94 |
| AZ Tax Percent  00.80 | 0.00 | 0.00 |
| **TOTAL** | **38.13** | **1,146.66** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 288.49 | 288.49 | 38.13 | 0.00 | 250.36 |
| YTD | 8,364.76 | 8,364.76 | 1,146.66 | 0.00 | 7,218.10 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 0.00 | Days |
| SICK | 0.00 | Hours |
| Vac - Prorata | 2.60 | Days |
| Vac - Current | 0.00 | Days |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #7559829 | Checking | XXXXX3580 | 250.36 |
| **TOTAL:** | | | **250.36** |

**Employer: Safeway Inc., 11555 Dublin Canyon Road, Pleasanton, California 94588. ESC Phone: 888-255-2269**